IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DEON BROOMER,<br><br>    Plaintiff,<br>v.<br><br>JARVIS PRODUCTS<br>CORPORATION,<br><br>    Defendant. | Case No:<br>1:17-cv-00060-JRH-BKE |

### STIPULATION OF DISMISSAL
### PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)

COMES NOW the Plaintiff, Deon Broomer, pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii), and files this Stipulation of Dismissal signed by all parties who have appeared and voluntarily dismisses this action with prejudice and notifies the Court that all claims asserted in this litigation have been settled by the parties. Each part has agreed to bear its own costs.

This 23rd day of January, 2018.

| | |
|---|---|
| *s/ Stav Bottner*<br>Stav Bottner<br>**Georgia Bar No. 328587**<br>The Law Offices Of Robert Pagniello<br>651 Exchange Place, NW<br>Lilburn, Georgia 30047<br>Telephone: (770) 982-2252<br>E-mail: sbottner@pagniellolegal.com<br>**Attorney for Plaintiff** | *s/ Stevan A. Miller*<br>Stevan A. Miller<br>**Georgia Bar No. 508375**<br>Drew Eckl & Farnham, LLP<br>303 Peachtree St. NE Suite 3500<br>Atlanta, Georgia 30308<br>Telephone: (404) 885-1400<br>E-mail: smiller@deflaw.com<br>**Attorneys for Defendant** |

7595568/1
00153-127633

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DEON BROOMER,<br><br>    Plaintiff,<br>v.<br><br>JARVIS PRODUCTS<br>CORPORATION,<br><br>    Defendant. | Case No:<br>1:17-cv-00060-JRH-BKE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am counsel for Defendant and that I have this day served the foregoing *Stipulation of Dismissal Pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii)* upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record:

>Stav Bottner, Esq.
>The Law Offices of Robert Pagniello
>651 Exchange Place, NW
>Lilburn, Georgia 30047

This 23rd day of January, 2018.

>*s/ Stevan A. Miller*
>Stevan A. Miller
>**Georgia Bar No. 508375**

303 Peachtree St. NE Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: smiller@deflaw.com
***Attorney for Defendant***

7595568/1
00153-127633