IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DEON BROOMER, | * | |
| Plaintiff, | * | |
| v. | * | CV 117-060 |
| JARVIS PRODUCTS CORP., | * | |
| Defendant. | * | |

# O R D E R

Presently before the Court is the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 16.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of March, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA